O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RUPERT HENRY EVANS | ) Case Nos. 2:16-cv-04510-CAS |
| | ) 2:10-cr-00851-CAS - 1 |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

On August 11, 2011, Rupert Henry Evans pleaded guilty to one count of conspiracy to possess with the intent to distribute and to distribute marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(vii). United States v. Evans, 2:10-cr-00851 (C.D. Cal. Aug. 11, 2011), dkt. 1, 240.

On June 22, 2016, Evans filed a letter with the Court requesting that the Court determine whether Johnson v. United States, 135 S. Ct. 2551 (2015) was relevant to the sentence administered in Evans's case. Dkt. 1. Evans also requested, if appropriate, the appointment of counsel. Id.

Because the Court's characterization of Evans's motion as a request for habeas relief could have serious consequences, on February 9, 2017, the Court notified Evans—

| | |
|---|---|
| 1 | pursuant to <u>Castro v. United States</u>, 540 U.S. 375 (2003) and <u>United States v. Seesing</u>, |
| 2 | 234 F.3d 456 (9th Cir. 2000)—that he must either (a) file a statement consenting to the |
| 3 | recharacterization of his request for sentence relief as a motion to vacate, set aside or |
| 4 | correct the sentence under § 2255, or (b) withdraw his request and file a motion bringing |
| 5 | all claims for relief pursuant to § 2255 in a single, all-inclusive motion. Dkt. 7. The |
| 6 | Court further stated that "[f]ailure to assert all of the grounds for relief in a single motion |
| 7 | may preclude Evans from asserting other grounds in a second or successive § 2255 |
| 8 | motion" and that the Court would "not construe Evans's request as a § 2255 motion" if he |
| 9 | did not file a response to the Court's notice within sixty (60) days. <u>Id.</u> at 4. |

     Evans has not filed any further submissions to the Court. Accordingly, the Court **DISMISSES** this action without prejudice for lack of prosecution.

     IT IS SO ORDERED.

DATED: August 18, 2017

                                                      *Christina A. Snyder*
                                                   CHRISTINA A. SNYDER
                                                   UNITED STATES DISTRICT JUDGE